IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LORETTA ANN HORN**                                                                                        **PLAINTIFF**

v.                            Case No. 4:24-cv-00697-KGB

**ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Before the Court is the recommended disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 10). For reasons stated in the Recommendation, Judge Harris recommends reversing the decision of the Administrative Law Judge ("ALJ") and remanding this case to the Acting Commissioner of the Social Security Administration ("Commissioner"). No party has filed objections to the Recommendation, and the time to do so has passed. After careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects (*Id.*). The decision of the ALJ is reversed and remanded to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g). Judgment will be entered accordingly.

It is so ordered this 16th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge